The application is denied. There appears no error of law in the judgment complained of.

230 So.2d 93

**Ted KOGOS**

**v.**

**Louis J. RITTINER, Joseph W. Nelkin, and Irwin, Seelig & Nelkin.**

**No. 50296.**

Jan. 20, 1970.

In re: Joseph Nelkin applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 228 So.2d 62.

Not considered. The application was not timely filed. See Art. 7, Sect. 11, La.Const.

230 So.2d 93

**Succession of Olan W. WILLIS**

**v.**

**Mariah MARTIN and Natchitoches Collections, Inc.**

**No. 50297.**

Jan. 20, 1970.

In re: Mariah Martin and Natchitoches Collections, Inc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 228 So.2d 732.

Writ refused. The judgment of the Court of Appeal is correct.